NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINEX TECHNOLOGIES, INC., A DELAWARE COMPANY,**
*Plaintiff-Appellant,*

v.

**HEWLETT-PACKARD COMPANY,**
*Defendant-Cross Appellant,*

AND

**APPLE INC., A CALIFORNIA CORPORATION,**
*Defendant-Cross Appellant,*

AND

**ARUBA NETWORKS, INC., A DELAWARE CORPORATION, MERU NETWORKS, A DELAWARE CORPORATION,** AND **RUCKUS WIRELESS, INC., A DELAWARE CORPORATION,**
*Defendants-Cross Appellants.*

---

2014-1561, -1624, -1625, -1626

---

Appeals from the United States District Court for the Northern District of California in No. 4:13-cv-00159-CW, Judge Claudia Wilken.

**ON MOTION**

**O R D E R**

Linex Technologies, Inc. moves without opposition for leave to seek correction pursuant to Federal Rule of Civil Procedure 60(a) of certain clerical errors in the district court's May 20, 2014 order regarding claim construction and summary judgment. Linex also moves without opposition for a 30-day extension of time, until September 24, 2014, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30