**Nos. 2014-1561, -1624, -1625, -1626**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

LINEX TECHNOLOGIES, INC., a Delaware company,

*Plaintiff-Appellant*,

*v.*

HEWLETT-PACKARD COMPANY,

*Defendant-Cross-Appellant,*

AND

APPLE INC., a California corporation,

*Defendant-Cross-Appellant,*

AND

ARUBA NETWORKS, INC., a Delaware corporation, MERU NETWORKS, a Delaware corporation, and RUCKUS WIRELESS, INC., a Delaware corporation,

*Defendants-Cross Appellants*.

**CROSS-APPELLANTS' UNOPPOSED MOTION
FOR A 30-DAY EXTENSION OF TIME TO FILE
PRINCIPAL AND RESPONSIVE BRIEF**

# CERTIFICATE OF INTEREST

Counsel for Defendant-Appellee Apple Inc. certifies the following:

1. The full name of every party or *amicus* represented by us is:

    Apple Inc.

2. The names of the real party in interest represented by us is:

    Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Not applicable.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    WILMER CUTLER PICKERING HALE AND DORR LLP: Jonathan W. Andron (former), Mark C. Fleming, Martin E. Gilmore, Kevin A. Goldman, William F. Lee, Andrew L. Liao, Dominic E. Massa, Katherine D. Prescott, Elizabeth M. Reilly, Mark D. Selwyn

    POTTER ANDERSON & CORROON, LLP: Richard J. Horwitz (former), David E. Moore (former)

    MILBANK TWEED HADLEY & MCCOY LLP; Christopher J. Gaspar, Ashlee N. Lin, Jennifer L. Miremadi, Miguel Ruiz, Mark C. Scarsi, Michael Sheen

    COVINGTON & BURLING LLP: Alan H. Blankenheimer (former), Alexander D. Chinoy (former), Deanna L. Kwong (former), Ian J. Miller (former), Laura E. Muschamp (former)


Dated:  September 30, 2014          */s/ Dominic E. Massa*
                                           DOMINIC E. MASSA
                                           WILMER CUTLER PICKERING
                                                HALE AND DORR LLP
                                           60 State Street
                                           Boston, MA 02109

# CERTIFICATE OF INTEREST

Counsel for Defendant-Cross Appellant Hewlett-Packard Company certifies the following:

1. The full name of every party or *amicus* represented by us is:

   Hewlett-Packard Company ("HP").

2. The names of the real party in interest represented by us is:

   There is no real party in interest other than HP.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   There are no parent corporations or any publicly held companies that own 10 percent or more of the stock of HP.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   COVINGTON & BURLING LLP:  Robert T. Haslam, Holly B. Baudler, Deanna L. Kwong, Michael K. Plimack, John D. Freed, Alan H. Blankenheimer, Laura E. Muschamp, Sara J. O'Connell, Geoffrey W. Baldwin, Ian J. Miller, Eric S. Boorstin, Sturgis M. Sobin, Maureen F. Browne, Alexander D. Chinoy, James E. Burke, Allison E. Kerndt, Gregory Nieberg

   POTTER ANDERSON & CORROON, LLP:  Bindu A. G. Palapura, David E. Moore (former), Richard L. Horwitz

   FOLEY & LARDNER LLP:  Ramy E. Hanna

Dated: September 30, 2014　　　　　*/s/ Robert T. Haslam*
　　　　　　　　　　　　　　　　　ROBERT T. HASLAM
　　　　　　　　　　　　　　　　　COVINGTON & BURLING LLP
　　　　　　　　　　　　　　　　　333 Twin Dolphin Drive
　　　　　　　　　　　　　　　　　Redwood Shores, CA 94065
　　　　　　　　　　　　　　　　　(650) 632-4700

# CERTIFICATE OF INTEREST

Counsel for Defendants-Cross Appellants Aruba Networks, Inc., Meru Networks, Inc., and Ruckus Wireless, Inc. certifies the following:

1. The full name of every party or *amicus* represented by us is:

    Aruba Networks, Inc., Meru Networks, Inc., Ruckus Wireless, Inc.

2. The names of the real party in interest represented by us is:

    Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Not applicable.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    K&L GATES LLP: ERIC C. RUSNAK, MICHAEL J. BETTINGER, SHANE BRUN, L. SCOTT OLIVER, MEGHANA RAORANE

Dated: September 30, 2014         */s/ Eric C. Rusnak*
                                  ERIC C. RUSNAK
                                  K&L GATES LLP
                                  1601 K Street, NW
                                  Washington, DC  20006
                                  (202) 778-9000

**CROSS-APPELLANTS' UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE PRINCIPAL AND RESPONSIVE BRIEF**

Cross-Appellants Hewlett-Packard Company, Apple Inc., Aruba Networks, Inc., Meru Networks, and Ruckus Wireless, Inc. (collectively, "Cross-Appellants") hereby move for a 30-day extension of time to file their principal and responsive brief. The brief is currently due on November 6, 2014. The 30-day extension of time will extend the due date to December 8, 2014. Cross-Appellants have not previously been granted an extension of time for filing this brief.

This motion for an extension of time is necessary to allow multiple counsel and clients to review and approve the brief.

Counsel for Appellant has been contacted and does not oppose the requested extension of time.

Respectfully submitted,

Dated: September 30, 2014

*/s/ Dominic E. Massa*
DOMINIC E. MASSA
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109

**Nos. 2014-1561, -1624, -1625, -1626**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

LINEX TECHNOLOGIES, INC., a Delaware company,

*Plaintiff-Appellant*,

*v.*

HEWLETT-PACKARD COMPANY,

*Defendant-Cross-Appellant,*

AND

APPLE INC., a California corporation,

*Defendant-Cross-Appellant,*

AND

ARUBA NETWORKS, INC., a Delaware corporation, MERU NETWORKS, a Delaware corporation, and RUCKUS WIRELESS, INC., a Delaware corporation,

*Defendants-Cross Appellants*.

**DECLARATION OF DOMINIC E. MASSA**

I, Dominic E. Massa, declare as follows:

1. I represent Cross-Appellant Apple Inc. and make this declaration in support of Cross-Appellants' Unopposed Motion for a 30-day Extension of Time to File Principal and Responsive Brief.

2. The additional time is necessary in order to allow multiple counsel and clients to review and approve the brief.

3. Cross-Appellants therefore request an extension of time of 30 days to December 8, 2014, to prepare their brief.

| | |
|---|---|
| Dated:  September 30, 2014 | /s/ Dominic E. Massa<br>Dominic E. Massa |

**Nos. 2014-1561, -1624, -1625, -1626**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

LINEX TECHNOLOGIES, INC., a Delaware company,

*Plaintiff-Appellant*,

*v.*

HEWLETT-PACKARD COMPANY,

*Defendant-Cross Appellant*,

and

APPLE INC., a California corporation,

*Defendant-Cross Appellant*,

and

ARUBA NETWORKS, INC., a Delaware corporation, MERU NETWORKS, a Delaware corporation, and RUCKUS WIRELESS, INC., a Delaware corporation,

*Defendants-Cross Appellants*.

Appeals from the United States District Court for the Northern District of California in Case No. 13-cv-00159, Judge Claudia Wilken

**ORDER**

Upon consideration of Cross-Appellants' Unopposed Motion for a 30-Day Extension of Time to File Principal and Responsive Brief, IT IS HEREBY ORDERED THAT:

The motion is granted. Cross-Appellants' Principal and Responsive Brief is to be filed on or before December 8, 2014.

Dated:_____, 2014           _____

## ECF-3(B)(2) REPRESENTATION

Pursuant to this Court's Administrative Order Regarding Electronic Case Filing, the undersigned represents under ECF-3(B)(2) that counsel for Defendants-Cross Appellants Hewlett-Packard Company, Aruba Networks, Inc., Meru Networks, Inc., and Ruckus Wireless, Inc. have consented to their signatures on the Certificates of Interest and this motion.

Dated:  September 30, 2014    */s/ Dominic E. Massa*
DOMINIC E. MASSA
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

# CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing documents with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system this 30th day of September, 2014, which will send notice of such filing to all registered CM/ECF users.


| Dominic E. Massa | */s/ Dominic E. Massa* |
|---|---|
| Name of Counsel | Signature of Counsel |

**Law Firm:**           Wilmer Cutler Pickering Hale and Dorr LLP
**Address:**            60 State Street
**City, State, ZIP:**   Boston, MA 02109
**Telephone Number:**   (617) 526-6000
**FAX Number:**         (617) 526-5000
**E-mail Address:**     dominic.massa@wilmerhale.com