NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINEX TECHNOLOGIES, INC., a Delaware company,**
*Plaintiff - Appellant*

v.

**HEWLETT-PACKARD COMPANY,**
*Defendant-Cross Appellant,*

and

**APPLE INC., a California corporation,**
*Defendant-Cross Appellant,*

and

**ARUBA NETWORKS, INC., a Delaware corporation, MERU NETWORKS, a Delaware corporation, and RUCKUS WIRELESS, INC., a Delaware corporation,**
*Defendants-Cross Appellants.*

---

14-1561

_____

Appeal from the United States District Court for the Northern District of California in case no. 4:13-cv-00159-CW United States District Judge Claudia Wilken

_____

# **O R D E R**

The cross-appellant's having submitted an unopposed motion for an extension of time, and then submitting a subsequent corrected unopposed motion for an extension of time, it is

ORDERED that the initial motion is, DENIED as MOOT

                                      FOR THE COURT

October 2, 2014             /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court

**ISSUED AS A MANDATE:** October 2, 2014

cc: Clerk's Office, United States District Court for the Northern District of California
Michael J. Bettinger
Alan H. Blankenheimer
David Shane Brun
Alexander Chinoy
Mark Christopher Fleming
Martin Gilmore
Rajeev Gupta

Robert T. Haslam
Kenie Ho
J. Michael Jakes
Deanna L. Kwong
Dominic E. Massa
Laura E. Muschamp
Gregory Scott Nieberg
Sara J. O'Connell
Scott L. Oliver
Michael K. Plimack
Meghana Raorane
Elizabeth M. Reilly
Eric C. Rusnak
Kara F. Stoll