NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LINEX TECHNOLOGIES, INC., a Delaware company,**
*Plaintiff - Appellant*

v.

**HEWLETT-PACKARD COMPANY,**
*Defendant-Cross Appellant,*

and

**APPLE INC., a California corporation,**
*Defendant-Cross Appellant,*

and

**ARUBA NETWORKS, INC., a Delaware corporation, MERU NETWORKS, a Delaware corporation, and RUCKUS WIRELESS, INC., a Delaware corporation,**
*Defendants-Cross Appellants.*

_____

14-1561

_____

Appeal from the United States District Court for the Northern District of California in case no. 4:13-cv-00159-CW United States District Judge Claudia Wilken

_____

ON MOTION

O R D E R

Upon consideration of the Cross-Appellant's Apple Inc., Ruckus Wireless, Inc., Hewlett-Packard Company, Aruba Networks, Inc., and Meru Networks, unopposed motion to extend time to file the cross-appellant's principal brief until December 08, 2014,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

October 2, 2014         /s/ Daniel E. O'Toole
                        Daniel E. O'Toole
                        Clerk of Court