Nos. 2014-1561, -1625, -1626

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

LINEX TECHNOLOGIES, INC., a Delaware company,

*Plaintiff-Appellant*,

v.

APPLE INC., a California corporation,

*Defendant-Cross Appellant*,

and

ARUBA NETWORKS, INC., a Delaware corporation,

*Defendant-Cross Appellant*.

Appeals from the United States District Court for the Northern District of California in Case No. 13-cv-00159, Judge Claudia Wilken

**PLAINTIFF-APPELLANT'S AND DEFENDANT-CROSS APPELLANT APPLE INC.'S STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL**

March 16, 2015

Pursuant to Federal Rule of Appellate Procedure 42(b), Plaintiff-Appellant Linex Technologies, Inc. and Defendant-Cross Appellant Apple Inc. hereby move the Court for an order dismissing the above-captioned appeal as to Apple Inc.

The parties have agreed that each side shall bear its own costs and fees on appeal.

| | |
|---|---|
| March 16, 2015 | Respectfully submitted, |
| | |
| */s/ Kenie Ho* | */s/ Dominic E. Massa* |
| J. MICHAEL JAKES | WILLIAM F. LEE |
| KARA F. STOLL | DOMINIC E. MASSA |
| RAJEEV GUPTA | ELIZABETH M. REILLY |
| KENIE HO | MARK C. FLEMING |
| FINNEGAN, HENDERSON, FARABOW, | KEVIN A. GOLDMAN |
| GARRETT & DUNNER, LLP | WILMER CUTLER PICKERING |
| 901 New York Avenue, N.W. | HALE AND DORR LLP |
| Washington, D.C. 20001 | 60 State Street |
| (202) 408-4000 | Boston, MA 02109 |
| | (617) 526-6000 |
| *Attorneys for Plaintiff-Appellant Linex Technologies, Inc.* | |
| | MARTIN E. GILMORE |
| | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 7 WORLD TRADE CENTER |
| | 250 GREENWICH STREET |
| | NEW YORK, NY 10007 |
| | (212) 230-8800 |
| | |
| | *Attorneys for Defendant-Cross Appellant Apple Inc.* |

# CERTIFICATE OF INTEREST

Counsel for Plaintiff-Appellant Linex Technologies, Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

   Linex Technologies, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   Linex Technologies, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   **Finnegan, Henderson, Farabow, Garrett & Dunner, LLP**: Smith R. Brittingham, IV, Barry W. Graham, Cecilia Sanabria, Jia W. Lu, Kenie Ho, Laura P. Masurovsky, Rajeev Gupta, Rama G. Ellura, Richard H. Smith, Robert F. McCauley, Robert D. Wells, Scott Herbst, Troy E. Grabow, Vincent P. Kovalick, Kara F. Stoll, J. Michael Jakes.

   **Proctor Heyman LLP**: Melissa N. Brochwicz Donimirski, Neal C. Belgam.

/s/ Kenie Ho
KENIE HO
FINNEGAN, HENDERSON,
FARABOW, GARRETT &
DUNNER, LLP
901 New York Ave. NW
Washington, DC 20001
202-408-4287

# CERTIFICATE OF INTEREST

Counsel for Cross-Appellant Apple Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

   Apple Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   Not applicable

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   Not applicable

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   **WILMER CUTLER PICKERING HALE AND DORR LLP:** Jonathan W. Andron (former), Mark C. Fleming, Martin E. Gilmore, Kevin A. Goldman, William F. Lee, Andrew L. Liao, Dominic E. Massa, Katherine D. Prescott, Elizabeth M. Reilly, Mark D. Selwyn

   **POTTER ANDERSON & CORROON, LLP:** Richard J. Horwitz (former), David E. Moore (former)

   **MILBANK TWEED HADLEY &MCCOY LLP:** Christopher J. Gaspar, Ashlee N. Lin, Jennifer L. Miremadi, Miguel Ruiz, Mark C. Scarsi, Michael Sheen

   **COVINGTON & BURLING LLP:** Alan H. Blankenheimer (former), Alexander D. Chinoy (former), Deanna L. Kwong (former), Ian J. Miller (former), Laura E. Muschamp (former)

*/s/* Dominic E. Massa
DOMINIC E. MASSA
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

4

## ECF-3(B)(2) REPRESENTATION

Pursuant to this Court's Administrative Order Regarding Electronic Case Filing, the undersigned represents under ECF-3(b)(2) that counsel for Plaintiff-Appellant Linex Technologies, Inc. and Defendant-Cross Appellant Apple Inc. have consented to his signature on this Motion.

Dated:  March 16, 2015           */s/ Kenie Ho*
                                 KENIE HO

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of March, 2015, I filed the foregoing Stipulated Motion to Voluntarily Dismiss Appeal with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

>	*/s/ Kenie Ho*
>	KENIE HO
>	FINNEGAN, HENDERSON,
>	FARABOW, GARRETT &
>	DUNNER, LLP
>	901 New York Ave. NW
>	Washington, DC 20001
>	202-408-4287